# Newark

**Ras J. Baraka**
Mayor

**Department of Law**

920 Broad Street
Newark NJ 07102
973-733-3880
Fax 973 733-5394

**Kenyatta Stewart**
Acting Corporation Counsel

Gary S. Lipshutz
Assistant Corporation Counsel
Direct Dial (973) 733-5945
lipshutzg@ci.newark.nj.us

September 27, 2017

**Via facsimile (973) 292-0510 and email**
Craig V. O'Connor, Esq.
O'Connor & O'Connor
58 Maple Avenue
Morristown NJ 07960

Re: Lee Evans v. City of Newark et al.
CIVIL ACTION NO. 14-cv-120 (KM-MAH)

Dear Mr. O'Connor:

I am writing to respectfully remind you that the City of Newark defendants still have not received any discovery demands from the Plaintiff.

Please send them to my attention. As there may be an issue with email service, please send me hard copies in the mail.

Thank you,

Kenyatta Stewart,
Acting Corporation Counsel

By: /s/ Gary S. Lipshutz
Gary S. Lipshutz
Assistant Corporation Counsel

/GSL