

Serving Our Clients and Community
For Over 100 Years

**JOHN M. BOWENS**
*Admitted in NJ & CA*

Direct Line: 973-540-7357
Email: jmb@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

March 26, 2021

<u>**Via ECF Only**</u>

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
 & US Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re: **Lee Evans vs. Newark City, et al.**
       **Civil Action No. 2:14-cv-00120**
       **Our File No. 24090-22**

Dear Magistrate Judge Hammer:

 We represent Retired Essex County Detective Louis Carrega in the captioned litigation. The undersigned hereby withdraws its Rule 45 subpoena issued to counsel on Friday March 19, 2021.

 Should the Court require any additional information, we will promptly provide it. We appreciate the court's courtesies.

        Respectfully,
        SCHENCK, PRICE, SMITH & KING, LLP

        */s/ John M. Bowens*

        John M. Bowens

JMB/mor
cc: All Counsel (via ECF)

{02517704.DOCX;1 }