# Newark

Ras J. Baraka
Mayor

---

**Department of Law**

920 Broad Street
Room 316
Newark NJ 07102
973-733-3880 Main
973 733-5394 Fax

**Kenyatta Stewart**
Corporation Counsel

Gary S. Lipshutz
First Assistant Corporation Counsel
Direct Dial (973) 733-5945
lipshutzg@ci.newark.nj.us

September 4, 2021

**Via ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building and Court House
Newark, New Jersey 07102

    Re:    <u>Lee Evans v. City of Newark et al.</u>
            CIVIL ACTION NO. 14-cv-120 (KM-MAH)

**City of Newark defendants' letter update on 30(b)6 depositions [D.E. 209]**

Dear Judge Hammer:

Your Honor asked for an update on the scheduling of the City of Newark designee depositions.

The parties have agreed on October 4 and/or 5, 2021.

Thank you for Your Honor's patience.

            Respectfully,

            Kenyatta Stewart
            Corporation Counsel

            By: /s/ Gary S. Lipshutz
               Gary S. Lipshutz
               First Assistant Corporation Counsel

/GSL