UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| LEE EVANS,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>NEWARK CITY, former MAYOR CORY A. BOOKER, in his official and Individual capacity, former NEWARK POLICE DIRECTOR GARRY MCCARTHY, in his official and individual capacity, DETECTIVE RASHID SABUR, in his official and individual capacity, DETECTIVE KEITH SHEPPARD, in his official and individual capacity, SERGEANT DETECTIVE DARNEL HENRY, in his official and individual capacity, DETECTIVE JOSEPH HADLEY, in his official and individual capacity, OFFICER ANGEL RAMOS, in his official and individual capacity, NEWARK POLICE OFFICER JOHN DOE (1-10), in their official and Individual capacities, ESSEX COUNTY PROSECUTOR'S OFFICE, former acting ESSEX COUNTY PROSECUTOR ROBERT D. LAURINO, in his official and individual capacity, ASSISTANT PROSECUTOR PETER GUARINO, in his official and individual capacity, ASSISTANT PROSECUTOR CHERYL CUCINELLO, in her official and Individual capacity, DETECTIVE LIEUTENANT LOUIS CARREGA, in his official and individual capacity, DETECTIVE CHRISTOPHER SMITH, in his official and individual capacity, and AGENT JACK EUTSEY, in his official and individual capacity, DETECTIVE MICHAEL M. RECKTENWALD, in his official and individual capacity, the Estate of INVESTIGATOR EDWARD JONES, INVESTIGATOR PATRICK DEFRANCISCI, in his official and individual capacity, DETECTIVE SERGEANT WILLIAM TIETJEN, in his official and individual capacity, NEW JERSEY STATE TROOPER JOHN DOE (1-10), in their official and individual capacities,<br><br>　　　　　　　Defendants. | <u>Civil Action</u><br><br>14-cv-00120(KM)(MAH)<br><br>**NOTICE OF MOTION TO COMPEL TESTIMONY OF PHILANDER HAMPTON** |

TO:　　Jennifer Bonjean, Esq.
　　　　Bonjean Law Group, PLLC
　　　　750 Lexington Avenue, 9th Floor
　　　　New York, New York 10022
　　　　**Counsel for Plaintiff Lee Evans**

{02634083.DOCX;1 }

Gary S. Lipshutz, Esq.
First Assistant Corporation Counsel
City of Newark, Department of Law
920 Broad Street, Room 316
Newark, NJ 07102
**Counsel for Defendants City of Newark, Cory A. Booker, Garry McCarthy, Darnell Henry and Joseph Hadley, Jr.**

**Michael Vomacka, Esq.**
New Jersey Office of the Attorney General
Division of Law
State Police, Employment & Corrections Center
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
**Attorneys for State of New Jersey and William Tietjen**

Victor DiFrancesco
Deputy Attorney General
Office of the Attorney General
State of New Jersey
Division of Law
State Police, Employment & Corrections Section
25 Market St.
Trenton, NJ 08625
**Attorneys for State of New Jersey and William Tietjen**

**Via Regular Mail and Certified Mail, RRR**
Philander Hampton
356 Underwood Street
Newark, NJ  07106

and

**Via Regular Mail and Certified Mail, RRR**
Philander Hampton
59 Chelsea Avenue, Fl. 2
Newark, NJ  07106

**PLEASE TAKE NOTICE** that on a date to be determined by the court, the undersigned, Schenck, Price, Smith & King, LLP, attorneys for Defendant, Detective Lieutenant Louis Carrega, ("Defendant"), will move to the above named Court at the United States District Court, District of New Jersey, M.L. King Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, Jersey

2

07102 for an Order compelling the testimony of Philander Hampton and for such other relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested unless timely opposition is filed.

A proposed form of Order is annexed.

                                                         **SCHENCK, PRICE, SMITH & KING, LLP**
                                                         Attorneys for Defendant,
                                                         Detective Lieutenant Louis Carrega

                                                         By:        */s/ James A. Kassis*
Dated:  September 16, 2021                                James A. Kassis, Esq.