

**Serving Our Clients and Community
For Over 100 Years**

**JAMES A. KASSIS**
Certified by the Supreme
Court of New Jersey as a
Civil Trial Attorney
Admitted in NJ and NY
Direct Line: 973-540-7339
Email: jak@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

October 5, 2021

**VIA ECF ONLY**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building and
United States Courthouse
50 Walnut Street
Newark, NJ  07101

    Re:    **Lee Evans vs. Newark City, et al.
            Civil Action No. 2:14-cv-00120
            Our File No. 24090-22**

Dear Judge Hammer:

    As per Your Honor's September 21, 2021, Order [D.E. 214] compelling the deposition of Philander Hampton, please accept this correspondence as the parties' joint status update.  Mr. Hampton's deposition is scheduled for Wednesday, October 20, 2021 at 10:00 a.m. to be held at the City of Newark Law Department. Counsel for the plaintiff, Lee Evans, informed defense counsel yesterday that her office spoke with Mr. Hampton, and he confirmed that he will be appearing in person for his Court-ordered deposition on that date.

    Thank you for your attention to this matter.

                                    Very truly yours,

                                    */s/ James A. Kassis*
                                    James A. Kassis

JAK:mda
cc:    Victor DiFrancesco, Esq. (via email)
        Jennifer Bonjean, Esq. (via email)
        Michael Vomacka, Esq. (via email)
        Ashley Cohen, Esq. (via email)
        Gary S. Lipshutz, Esq. (via email)