

**Serving Our Clients and Community
For Over 100 Years**

**JAMES A. KASSIS**
Certified by the Supreme
Court of New Jersey as a
Civil Trial Attorney
Admitted in NJ and NY
Direct Line: 973-540-7339
Email: jak@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

November 30, 2021

**VIA ECF ONLY**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building and
United States Courthouse
50 Walnut Street
Newark, NJ  07101

    Re:    Lee Evans vs. Newark City, et al.
            Civil Action No. 2:14-cv-00120
            Our File No. 24090-22

Dear Judge Hammer:

     As per Your Honor's November 21, 2021, Text Order [D.E. 216], please accept this correspondence as the parties' joint status update. Philander Hampton's deposition is scheduled to resume on Thursday, December 16, 2021, at 10:00 a.m. to be held at the City of Newark Law Department.

     Thank you for your attention to this matter.

                                                   Very truly yours,

                                                   */s/ James A. Kassis*
                                                   James A. Kassis

JAK:mda
cc:    Victor DiFrancesco, Esq. (via email)
        Jennifer Bonjean, Esq. (via email)
        Michael Vomacka, Esq. (via email)
        Ashley Cohen, Esq. (via email)
        Gary S. Lipshutz, Esq. (via email)