UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEE EVANS, | Civil Action No. 14-120 (KM)(MAH) |
| Plaintiff, | |
| v. | |
| | AMENDED SCHEDULING ORDER |
| CITY OF NEWARK et al., | |
| Defendants. | |

This matter having come before the Court by way of a telephone status conference on February 8, 2022; and for good cause shown,

**IT IS on this 8th day of February 2022,**

**ORDERED THAT**

1. All affirmative expert reports shall be delivered by **April 8, 2022**.

2. All responding expert reports shall be delivered by **May 23, 2022**.

3. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **June 30, 2022**.

4. The proponent will inform their adversary of the identity, if any, of their expert witness **two weeks before the respective expert report deadlines**.

5. If Plaintiff does not intend to use a police pattern and practice expert or any other expert witness, the parties will so inform the Court and jointly propose a briefing schedule for dispositive motions.

6. There shall be a telephone status conference before the Undersigned on **May 24, 2022, at 2:00 p.m.** At the scheduled time, the parties shall dial **1-888-684-8852** and enter access code **1456817#** to join the call.
.

                                            **/s Michael A. Hammer**
                                            **United States Magistrate Judge**