

**Serving Our Clients and Community
For Over 100 Years**

**JAMES A. KASSIS**
Certified by the Supreme
Court of New Jersey as a
Civil Trial Attorney
Admitted in NJ and NY
Direct Line: 973-540-7339
Email: jak@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

April 4, 2022

**VIA ECF ONLY**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building and
United States Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    **Lee Evans vs. Newark City, et al.
              Civil Action No. 2:14-cv-00120
              Our File No. 24090-22**

Dear Judge Hammer:

As per Your Honor's February 8, 2022, Amended Scheduling Order [D.E. 219], please accept this correspondence as the parties' joint letter informing the Court that plaintiff is foregoing retaining expert witnesses. In light of plaintiff's decision, the defendants do not intend to retain any expert witnesses. As such, the parties are ready to proceed to dispositive motion practice.

The parties have conferred and agreed on the following briefing schedule for dispositive motions:

- Defendants to file dispositive motions by May 27, 2022
- Plaintiff to file opposition papers by July 26, 2022
- Defendants to file reply papers by August 9, 2022
- The motion shall be returnable August 15, 2022

We thank the Court for its consideration of this proposed briefing schedule.

                        Very truly yours,

                        */s/ James A. Kassis*
                        James A. Kassis

JAK:mda
cc:    Victor DiFrancesco, Esq. (via email)
       Jennifer Bonjean, Esq. (via email)
       Michael Vomacka, Esq. (via email)
       Ashley Cohen, Esq. (via email)
       Gary S. Lipshutz, Esq. (via email)

So Ordered:

_____
Honorable Michael A. Hammer, U.S.M.J.