

**SCHENCK**
**PRICE**
**SMITH &**
**KING, LLP**
ATTORNEYS AT LAW
~ Founded 1912 ~

**Serving Our Clients and Community**
**For Over 100 Years**

**JAMES A. KASSIS**
Certified by the Supreme
Court of New Jersey as a
Civil Trial Attorney
Admitted in NJ and NY
Direct Line: 973-540-7339
Email: jak@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

May 20, 2022

**<u>VIA ECF ONLY</u>**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building and
United States Courthouse
50 Walnut Street
Newark, NJ  07101

> Re:   **Lee Evans vs. Newark City, et al.**
>        **Civil Action No. 2:14-cv-00120**
>        **Our File No. 24090-22**

Dear Judge Hammer:

This office represents Defendant, Louis Carrega, relative to the above referenced matter. I am writing with the consent of all counsel to request an amendment to the So Ordered dispositive motion briefing schedule entered by Your Honor.  [D.E. 220 and 221].

The parties have conferred and propose to extend the deadline for the filing of opening briefs thirty (30) days resulting in the following proposed schedule:

- Defendants to file dispositive motions by July 6, 2022
- Plaintiff to file opposition papers by August 19, 2022
- Defendants to file reply papers by September 9, 2022[1]
- The motion shall be returnable September 19, 2022

We thank the Court for its consideration of this proposed amendment to the briefing schedule.

Very truly yours,

*/s/ James A. Kassis*
James A. Kassis

JAK:mda
cc:   Victor DiFrancesco, Esq. (via email)           So Ordered:
       Jennifer Bonjean, Esq. (via email)
       Michael Vomacka, Esq. (via email)
       Ashley Cohen, Esq. (via email)
       Gary S. Lipshutz, Esq. (via email)           _____
                                                     Honorable Michael A. Hammer, U.S.M.J.

---

[1] The proposed due date for filing reply papers adds an additional 7 days to the deadline (was 14 days) than was provided in the Text Order. [D.E. 221]

{02812797.DOCX;1 }