

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

MATTHEW PLATKIN
*Acting Attorney General*

MICHAEL LONG
*Director*

June 27, 2022

**VIA ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States Magistrate Judge
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: Lee Evans v. City of Newark, et al.
        Civil Action No.: 2:14-cv-120

Dear Judge Hammer:

    I write with the consent of plaintiff's counsel, Jennifer Bonjean, to respectfully request an additional 14 days, (from July 6th to July 20th) for all defendants to file their respective motions for summary judgement.
    Thank you in advance for your courtesies regarding this matter.

        Respectfully Submitted,

        MATTHEW PLATKIN
        ACTING ATTORNEY GENERAL OF NEW JERSEY

        By: /s/Victor DiFrancesco, Jr.
            Victor DiFrancesco, Jr.
            Deputy Attorney General



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2964 • FAX: (609) 777-3607
Email: victor.difrancesco@njoag.gov
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*