

| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | MATTHEW PLATKIN<br>*Acting Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHAEL LONG<br>*Director* |

June 27, 2022

**VIA ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States Magistrate Judge
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: Lee Evans v. City of Newark, et al.
        Civil Action No.: 2:14-cv-120

Dear Judge Hammer:

    I write with the consent of plaintiff's counsel, Jennifer Bonjean, to respectfully request an additional 14 days, (from July 6th to July 20th) for all defendants to file their respective motions for summary judgement.
    Thank you in advance for your courtesies regarding this matter.

        Respectfully Submitted,

        MATTHEW PLATKIN
        ACTING ATTORNEY GENERAL OF NEW JERSEY

        By: /s/Victor DiFrancesco, Jr.
            Victor DiFrancesco, Jr.
            Deputy Attorney General

**Defendants shall file dispositive motions by July 20, 2022.**
**Plaintiff shall file papers in opposition by September 2, 2022.**
**Defendants shall file reply papers by September 23, 2022.**

        **SO ORDERED.**
        */s Michael A. Hammer*
        **Hon. Michael A. Hammer,**
        **United States Magistrate Judge**
        **Dated: June 29, 2022**



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2964 • FAX: (609) 777-3607
Email: victor.difrancesco@njoag.gov
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*