

**FRANKLIN BARBOSA, JR.**
*Admitted in NJ & NY*

Direct Line: 973-539-1013
Email: fb@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

July 19, 2022

**VIA ECF ONLY**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building and
United States Courthouse
50 Walnut Street
Newark, NJ  07101

  Re: Lee Evans vs. Newark City, et al.
     Civil Action No. 2:14-cv-00120
     Our File No. 24090-22

Dear Judge Hammer:

  This office represents Defendant, Louis Carrega, relative to the above referenced matter. I am writing with the consent of all counsel to respectfully request an extension of time for all defendants to file their respective motions for summary judgment from July 20, 2022 to August 17, 2022.

  We thank the Court for its consideration of this matter.

          Respectfully submitted,

          SCHENCK, PRICE, SMITH & KING, LLP

          */s/ Franklin Barbosa, Jr.*

          Franklin Barbosa, Jr.

cc: Counsel of Record (via ECF)