MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendant William Tietjen*

By:  Victor DiFrancesco, Jr.
     Deputy Attorney General
     (609) 376-2964
     Victor.DiFrancesco@njoag.gov

     Michael Vomacka
     Deputy Attorney General
     (609) 376-2964
     Michael.vomacka@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| LEE EVANS,<br><br>  Plaintiff,<br><br>     v.<br><br>CITY OF NEWARK, et al.,<br><br>  Defendants. | HON. KEVIN MCNULTY, U.S.D.J.<br>HON. MICHAEL A. HAMMER, U.S.M.J.<br><br>Civ. Dkt. 14-cv-00120 (KM-MAH)<br><br>**NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56** |

**PLEASE TAKE NOTICE** that on _____ 2022, or as soon thereafter as counsel may be heard, the undersigned Matthew J. Platkin, Acting Attorney General of New Jersey, by Victor DiFrancesco, Jr. and Michael Vomacka, Deputy Attorneys General, as Attorneys for State Defendant William Tietjen, shall move before this Court for an Order granting summary judgment in

favor of Defendant and thereby dismissing Plaintiff's Complaint with prejudice against said Defendant.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the attached brief in support of this Motion.

It is respectfully requested that the Court consider this motion upon the moving papers submitted, without requiring the appearance of counsel, pursuant to Fed. R. Civ. P. 78.

A proposed form of Order is attached.

        MATTHEW J. PLATKIN
        ACTING ATTORNEY GENERAL OF NEW JERSEY

By:  s/Victor DiFrancesco, Jr.
     Victor DiFrancesco, Jr.
     Deputy Attorney General


By:  s/Michael Vomacka
     Michael Vomacka
     Deputy Attorney General


Dated: August 17, 2022