

750 Lexington Avenue, 9th Floor
New York, New York 10022

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

August 30, 2022

The Honorable Michael A. Hammer
U.S.M.J for the District of New Jersey
Martin Luther King Bldg. & US Courthouse
50 Walnut Street, Courtroom 2C
Newark, NJ. 07101

      Re:    *Evans v. Newark, et al.*, 14 CV 120

Dear Judge Hammer:

    Plaintiff writes with the consent of all defense counsel, to respectfully request an extension until November 1, 2022, to file his responses to Defendants' motions for summary judgment. Plaintiff's counsel is presently on trial in the Northern District of Illinois in the matter of *United States of America v. Robert Sylvester Kelly,* 19-cr-567. The trial began on August 15 and is scheduled to continue through mid to late September. Furthermore, Plaintiff's counsel has several other deadlines and hearings scheduled upon the conclusion of the trial and respectfully seeks additional time to file these extensive responses.

          Respectfully Submitted,

          /s/ASHLEY COHEN

cc:  All parties via ECF

1