# EXHIBIT D

POLICE DEPARTMENT STATEMENT FORM NEWARK, N.J.

| DATE: | CENTRAL ARREST NO: | CENTRAL COMPLAINT NO: |
| --- | --- | --- |
| February 16, 1999 | | 50041-78 |

**VOLUNTARY STATEMENT OF:**
Rogers Taylor B/M/DOB# 6-19-57/ SS# 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

**RESIDENCE:**
17 Leslie Street Nwk. N.J. 07108/ (House) PH# 973-399-8068

| OCCUPATION: | AGE: |
| --- | --- |
| Construction/ USA APEX Construction Co. Buford South Carolina | 42 |

**STATEMENT MADE TO:**
**DETECTIVE RASHID SABUR HOMICIDE SECTION I.D. # 6596**

**PAGE # 1.**

## STATEMENT STARTED AT 1020 HOURS

Q: Mr. Taylor, I'm Detective Rashid Sabur with the Newark Police Department Homicide Unit. I'm here with Detective Keith Sheppard who is also with the Newark Police Department and we're conducting the investigation that surrounds the disappearance of your brother Ernest Taylor and four (4) of his friends. We would like to ask you questions regarding this incident, would you answer them for us truthfully?

A: Yes.
Q: Please state your full name for the records?
A: My name is Rogers Taylor?
Q: How long have you lived at your current address?
A: Me and my family has been living there since 1968.
Q: Where were you born?
A: I was born in Newark.
Q: And what is the extent of your education?
A: I stopped at the tenth (10Th) grade.
Q: Can you read, write and understand the English language?
A: Yes.
Q: How many brothers and sisters do you have?
A: I have five (5) brothers and four (4) sisters.
Q: Do you have personal knowledge as to what may have happened to your brother Ernest?
A: No but during that time I gathered a lot of information that I passed on to Detectives Scott Bey and Harriston.
Q: Did you and your brother Ernest have a close relationship?
A: Yes.
Q: Did you ever have the occasion to speak with him concerning any of his activities outside of the home prior to his disappearance?
A: No.
Q: Did you personally know any of his friends particularly any of the four (4) boys who disappeared with hm?
A: Yeah I knew them all. I knew Randy Johnson, he came to my house all the time, I knew Michael McDowell, Alvin Bob Cutler this girl Cathy and another girl Debe Williams, she's the sister of the boy who lived on Beverly Street. I don't know his first name but his mother's last name is Williams. This guy named Maurice started hanging around him too.

Q: Mr. Taylor what can you tell me about the day before your brother and his friends disappeared?
A: Earlier that day me, my brother and all of the guys whose missing with him played football up at Irvington Park. That was like during the day time. After we played football we came home, I laid down and went to sleep. When I woke up I went to take my brother Norman girlfriend home. As I was leaving Ernest asked me if he could go with me and I told him no.

WORN TO AND SUBSCRIBED BEFORE ME THIS

16 DAY OF Febury 1999 — Rogers Taylor

SIGNATURE

Sgt. [signature]

[redacted]

ECPO 000679

**OLICE DEPARTMENT** **STATEMENT FORM** **NEWARK, N.J.**

| DATE: February 16, 1999 | CENTRAL ARREST NO: | CENTRAL COMPLAINT NO: 50041-78 |
|---|---|---|

VOLUNTARY STATEMENT OF:
Rogers Taylor B/M/DOB# 6-19-57/ SS# 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

RESIDENCE:
17 Leslie Street Nwk. N.J. 07108/ (House) PH# 973-399-8068

| OCCUPATION: Construction/ USA APEX Construction Co. Buford South Carolina | AGE: 42 |
|---|---|

STATEMENT MADE TO:
DETECTIVE RASHID SABUR HOMICIDE SECTION I.D. # 6596

PAGE # 2.

Q: To the best of your recollection would you tell me the time of day you were at Irvington Park with your brother and his friends playing football?

A: It was about 2:P.M. in the afternoon.

Q: To the best of your recollection would you tell me what time this football game was over and the time you and your brother arrived at home?

A: It was around about 6 or 6:30 P.M. All of us left the park together.

Q: Do you recall who was at this football game?

A: Yeah it was me. Ernest, my brother Randy, my brother Joe, my cousin Bootny, Randy Johnson, Michael McDowell, The boy from Beverly Street, Darryl Green, Bob Cutler, the girl Cathy and I think that guy named Maurice was there too.

Q: Mr. Taylor what time did you leave home to take your brother's girlfriend home?

A: It was about 11 or 11:30 P.M.

Q: Was Ernest at home then?

A: Yeah. As I was leaving Ernest was in the living room. I heard the door bell ring as I was walking out of the back door and then I heard my sister call Ernest to the door. I didn't pay it no mind but as I was backing the car out of the driveway I saw Bobby Cutler, he was standing in front of my house and Randy was standing on my porch at the door talking to my sister Rubby. I saw this guy named Lee Evans standing in front of the parking lot of the bank that was on the corner of Leslie and Clinton Ave. Lee Evans truck was parked in front of the bank's parking lot too and there was some boys on the back of the truck.

Q: Did you know the boys on the back of Lee Evans truck?

A: Yeah it was the other boys missing.

Q: Can you tell me these boys names who you saw on the back of Lee Evans truck as you were leaving your driveway?

A: Yeah. It was Michael McDowell, The boy who lived on Beverly Street, Ms. Williams son and the boy who lived on Clinton Ave. His name is Alvin.

Q: For the purpose of clarification I'm going to show you a flier that has the picture of the missing individuals on it. Would you look at this flier and put a check mark next to the pictures of the boys you say you saw on the back of Lee Evans truck that night?

A: Yes.

AT THIS TIME THE WITNESS WAS SHOWN THE FLIER AT WHICH TIME HE PUT A CHECK MARK NEXT TO THE PICTURES OF ALVIN TURNER, MELVIN PITMAN AND MICHAEL MCDOWELL.

Q: Mr. Taylor for the purpose of permanent records would you sign this flier with your name and today's date .

A: Yes

SWORN TO AND SUBSCRIBED BEFORE ME THIS

16 DAY OF February 1999

[signature]

[signature] SIGNATURE

POLICE DEPARTMENT STATEMENT NEWARK, N.J.

| DATE: | CENTRAL ARREST NO: | CENTRAL COMPLAINT NO: |
|---|---|---|
| February 16, 1999 | | 50041-78 |

VOLUNTARY STATEMENT OF:
Rogers Taylor B/M/DOB# 6-19-57/ SS# 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

RESIDENCE:
17 Leslie Street Nwk. N.J. 07108/ (House) PH# 973-399-8068

| OCCUPATION: | AGE: |
|---|---|
| Construction/ USA APEX Construction Co. Buford South Carolina | 42 |

STATEMENT MADE TO:
DETECTIVE RASHID SABUR HOMICIDE SECTION I.D. # 6596



AT THIS TIME THE WITNESS SIGNED THE FLIER.

Q: Would you please continue?
A: After that I left, I went to drop of Norma and then I came back home. It must have taken me about thirty (30) minutes to take Norma home and come back to my house but when I got back Ernest wasn't there. The next morning about 8: A.M. my mother woke me up and told me that Ernest didn't come home. She told me that Bob had been calling all night asking her if Ernest had gotten home yet. When she told me that I got up and went down to Bob's house over on Irvine Turner Blvd. His mother came to the door and at first she told me that Bob wasn't at home but as I was standing outside in front of the building Bob came out.

Q: Did you at this time have a conversation with Bob about his phone calls to your house and the reason your brother didn't make it home?

A: Yeah. I told him that my mother told me that he had been calling the house all night looking for Ernest and I asked him what was up. He told me that they was out with Lee Evans and some guys was chasing them and he got away. Then he started telling me about a shooting that happened three (3) nights before.

Q: What did Bob say about this shooting?
A: He told me that three (3) nights before this him, my brother Ernest and the other four guys was with Lee Evans and they was on the back of his truck. He said they was riding down Lyons Ave. in Newark and some guys started chasing them in the truck and was shooting at them and that was about it.

Q: Did this person Bob say who was chasing them the night before?
A: No he didn't say.
Q: Did he say why they were being chased?
A: No.
Q: Did you ask him?
A: Yeah but he didn't say nothing.
Q: Did Bob say where they were when they were being chased?
A: He didn't say where they was at.
Q: Did he say if they were being shot at then?
A: He didn't say.
Q: Did Bob say anything as to what they may have been doing during the time they were chased?
A: No he didn't, he just started clamming up on me then.

SWORN TO AND SUBSCRIBED BEFORE ME THIS

16 DAY OF Febuary 19 99 — Rogers Taylor (signature)

SIGNATURE

Det. Sabur (signature)

POLICE DEPARTMENT STATEMENT FORM NEWARK, N.J.

| DATE: February 16, 1999 | CENTRAL ARREST NO: | CENTRAL COMPLAINT NO: 50041-78 |
|---|---|---|

VOLUNTARY STATEMENT OF:
Rogers Taylor B/M/DOB# 6-19-57/ SS# 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

RESIDENCE:
17 Leslie Street Nwk. N.J. 07108/ (House) PH# 973-399-8068

| OCCUPATION: | AGE: |
|---|---|
| Construction/ USA APEX Construction Co. Buford South Carolina | 42 |

STATEMENT MADE TO:
DETECTIVE RASHID SABUR HOMICIDE SECTION I.D. # 6596

PAGE # 4.

Q: Did Bob say if they were being chased by males or females?
A: No he didn't say and I didn't ask.
Q: What did you do after speaking with Bob?
A: I went back home and told my mother and that's when she called the police.
Q: Mr. Taylor you told me that at some point and time you had gathered information surrounding this investigation that you passed on to Detectives Scott Bey and Harriston. Is this correct?
A: Yes. I was with them most of the time.
Q: Was a formal statement obtained from you then?
A: Not a statement like this but I think they wrote everything down.
Q: Mr. Taylor who is this person you call Lee Evans?
A: His name is Lee Evans but people in the neighborhood called him Big Man. He had a construction company and my brother Ernest and his friends worked with him.
Q: Did you know that your brother worked with Lee Evans during the time you say he came to your house with Bob and Randy Johnson?

A: No I didn't find that out until a week later. My brother never told me he worked with him.
Q: Did you personally know Lee Evans during the time he was at your house to pick up your brother?
A: I knew him from the neighborhood.
Q: Did you find it unusual then that he came to your home at such a late hour along with other youths to pick up your brother?
A: Yeah.
Q: Why didn't you questioned it then?
A: cause I was leaving out and I didn't really think that Ernest was leaving out of the house. I thought that Randy Johnson just wanted him for something.

Q: Did Lee Evans personally know anyone else in your family outside of your brother Ernest?
A: No.
Q: After your brother didn't come home did you have the occasion to speak with your sister Rubby as to what she knew and the conversation she had with Randy Johnson on your porch the night before?
A: Yeah. She told me that Randy asked her if he was there, she called him to the door and then she walked away so she didn't hear their conversation. She said that Ernest left the house and went with Randy.

Q: Did you have the occasion to speak with people in the neighborhood as to what may have happened to your brother and his friends?

A: Yeah, me Scott Bey and Harriston. We found out that my brother and his friends had broken into Lee Evans apartment and stole

WORN TO AND SUBSCRIBED BEFORE ME THIS

16. DAY OF February 1999 — Rogers S Taylor
SIGNATURE

Sgt. [signature]

POLICE DEPARTMENT STATEMENT FORM NEWARK, N.J.

| DATE: February 16, 1999 | CENTRAL ARREST NO: | CENTRAL COMPLAINT NO: 50041-78 |
|---|---|---|

VOLUNTARY STATEMENT OF:
Rogers Taylor B/M/DOB# 6-19-57/ SS# 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

RESIDENCE:
17 Leslie Street Nwk. N.J. 07108/ (House) PH# 973-399-8068

| OCCUPATION: | AGE: |
|---|---|
| Construction/ USA APEX Construction Co. Buford South Carolina | 42 |

STATEMENT MADE TO:
DETECTIVE RASHID SABUR HOMICIDE SECTION I.D. # 6596



some marijuana out of there. When they found out this they went to all the boys house and found marijuana in their rooms, even my brother.

Q: How much marijuana was found in your brother's room?
A: They found two plastic bags of marijuana in is room. It could have been maybe a half once or an once in each of the bags. I don't know how much the other boys had but the boy who lived in East Orange, Michael McDowell had a big bag in his room.

Q: How do you know this?
A: I was with Scott Bey and Harriston when they found it?
Q: What else did you find out about this allege burglary on Lee Evans apartment that was committed by your brother and his friends?
A: I found out that they had stole the marijuana from and that's how Ernest arm had gotten cut.
Q: Did Ernest have a cut on his arm?
A: Yeah, I saw it.
Q: Did you questioned him as to how he had gotten the cut?
A: No.
Q: Did you questioned any of his friends about the cut?
A: No not until he became missing. I asked Cathy Canady, Darryl Green and Bob Cutler, they told me how he got the cut. Cathey told me that she was with them when they broke into Evans apartment.

Q: Did Cathy tell you anything as to your brother's activities outside of your home?
A: She didn't tell me anything about Ernest, just that during the time they got in Evans apartment they put Ernest through the window because he was the smallest one of them. She did tell me that Michael McDowell and Melvin was selling marijuana on the corner of Beverly Street and Fabyan Place. She said that they use to sit on the mailbox that was on the corner there and sell the stuff. She didn't say anything about the other guys or my brother selling.

Q: Did she say if they were selling this marijuana for themselves or for someone else?
A: She never said.
Q: Mr. Taylor did this person Cathy tell you who else was with her and your brother during the time they burglarized Lee Evans apartment?

A: She said it was her, Randy Johnson, Michael McDowell, Darryl Green, Maurice Olds and his cousin, I don't know his name that's all I can remember.

Q: Who is this person Maurice Olds?

SWORN TO AND SUBSCRIBED BEFORE ME THIS

16 DAY OF February 1999 — Rogers Taylor

Sgt. [signature]

SIGNATURE

POLICE DEPARTMENT STATEMENT FORM NEWARK, N.J.

| DATE: | CENTRAL ARREST NO: | CENTRAL COMPLAINT NO: |
|---|---|---|
| February 16, 1999 | | 50041-78 |

VOLUNTARY STATEMENT OF:
Rogers Taylor B/M/DOB# 6-19-57/ SS# 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

RESIDENCE:
17 Leslie Street Nwk. N.J. 07108/ (House) PH# 973-399-8068

| OCCUPATION: | AGE: |
|---|---|
| Construction/ USA APEX Construction Co. Buford South Carolina | 42 |

STATEMENT MADE TO:
DETECTIVE RASHID SABUR HOMICIDE SECTION I.D. # 6596



A: Maurice Olds is Lee Evans cousin or nephew or something..
Q: Did there come a time that you spoke with Maurice Olds?
A: Yeah I asked him about the burglary and he told me that he was with them.
Q: Were you alone when Maurice told you this?
A: No I was with Detective Scott Bey and Harriston.. Maurice even took us to the building where Evans lived and showed us how they got in the apartment. I remembered he told us that the same night my brother disappeared somebody gave him and his cousin some bloody clothes to wash in the basement of the apartment building that Evans lived in but he didn't say who gave the clothes to them. He said that they couldn't talk about it because the same thing that happened to my brother and the other boys would happen to him.

Q: Did he say what happened to your brother?
A: No.
Q: Did he say who was responsible for the disappearance of your brother and his friends?
A: No he wouldn't talk about it. He told this to Scott Bey and Harriston to their face. We was at Lee Evans building in the basement when he said that to them. About a week or two after that they had me, Bob, Maurice and Darryl Green in a room at the Youth Aid office and they had a tape recorder under the table so they could tape our conversation. During this time Maurice had said the same thing. He was talking about the marijuana and things like and Maurice said it again. He said they made him and his cousin wash the bloody clothes and he wasn't saying anything because he didn't want the same thing to happened to him that happened to the other boys.

Q: Can you tell me if you or anyone in your family had the occasion to speak with this person Lee Evans regarding Ernest Disappearance?
A: yeah, me and my mother. About three (3) weeks after he just showed up at my house and me and my mother spoke with him.

Q: What did Lee Evans tell you and your mother about his knowledge of your brother's disappearance?
A: He told us that he didn't know anything about it. He said he was out of town and that's when I told him I saw him standing in front of the parking lot of the bank the night before Ernest disappeared.

Q: Did you ever have any personal dealings with this person Lee Evans?
A: No but I came in contact with people who he knew. Lee Evans was a numbers runner in the area and I played numbers with the people he was involved with.

Q: Where did Evans run these numbers?
A: He had a spot on Lyons Ave. & Leslie Street, Fabyan Pl & Hawthorn Ave. at a poolroom. And he use to hang with this guy that

WORN TO AND SUBSCRIBED BEFORE ME THIS

16 DAY OF Febru 1999 — Rogers Taylor SIGNATURE

Sgt. Saldiela

POLICE DEPARTMENT STATEMENT FORM NEWARK, N.J.

| DATE: February 16, 1999 | CENTRAL ARREST NO: | CENTRAL COMPLAINT NO: 50041-78 |
|---|---|---|

**VOLUNTARY STATEMENT OF:**
Rogers Taylor B/M/DOB# 6-19-57/ SS# 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

**RESIDENCE:**
17 Leslie Street Nwk. N.J. 07108/ (House) PH# 973-399-8068

| OCCUPATION: | AGE: |
|---|---|
| Construction/ USA APEX Construction Co. Buford South Carolina | 42 |

**STATEMENT MADE TO:**
**DETECTIVE RASHID SABUR HOMICIDE SECTION I.D. # 6596**



owned a store on Clinton Ave. next to the poolroom that ran numbers out of the store. I don't remember that guy's name but Lee Evans owned the poolroom that was on Hawthorn Ave. He owned it with this guy named Sean Sanders, he's dead now, he's been dead for about three (3) years. I don't know if he owned the poolroom on Clinton Ave. but he was always in there. I know this cop named Ron owned part of it. Him and Lee Evans was close. Lee Evans was always at the poolroom on Clinton Ave. If the cop Ron wasn't there Lee Evans was there. My brother and his friends use to hang out at the poolroom too.

Q: Can you tell me the cop's full name and what municipality he worked with?
A: I don't know his full name but he was a Newark cop. He was working out f the south district.
Q: Can you give me a description of this cop?
A: He's a brown skin guy, black male, he's about 5Ft 9" and back then he could have been weighing about 210lbs, he had a mustache and he had like a curly kit in his hair.

Q: Would you be able to identify him if you see him again?
A: Yeah.
Q: How do you know that Lee Evans and this cop were friends.
A: They use to hang out together at the after hour club and at the gambling holes out there. I think that cop even owned a after hour joint over there by Rose Street across from the cemetery , It was right on Bergen Street there but the building is torn down now. I use to go by there some time and every time I went there I would see him and Lee Evans there. Ron was running the joint.

Q: How do you know that this cop was running this after hour joint on Bergen Street in Newark by Rose Street?
A: He use to have the keys, he use to open the place up like at 4:A.M like on weekends and Lee Evans was always there with him when he did it. I use to hang out there too.

Q: Can you tell me if there were any other cops who were involved with this poolroom on Clinton Ave. or the after hour joint on Bergen Street?
A: Not that I know of but I know that when Ron was on patrol he always stopped at the poolroom. He use to be with this white guy, I didn't know his name but he was Ron's partner.

Q: Can you tell me of any activities Lee Evans and this Newark cop Ron may have been involved with outside of the poolroom on Clinton Ave. and the after hour joint on Bergen Street.

A: I don't know I just know that they was friends. Lee Evans was the only grown person in the poolroom.

WORN TO AND SUBSCRIBED BEFORE ME THIS

16 DAY OF Febury 1999 — Rogers Taylor
SIGNATURE

Det. Sabur

POLICE DEPARTMENT STATEMENT FORM NEWARK, N.J.

| DATE: February 16, 1999 | CENTRAL ARREST NO: | CENTRAL COMPLAINT NO: 50041-78 |
|---|---|---|

**VOLUNTARY STATEMENT OF:**
Rogers Taylor B/M/DOB# 6-19-57/ SS# 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

**RESIDENCE:**
17 Leslie Street Nwk. N.J. 07108/ (House) PH# 973-399-8068

| OCCUPATION: Construction/ USA APEX Construction Co. Buford South Carolina | AGE: 42 |
|---|---|

**STATEMENT MADE TO:**
**DETECTIVE RASHID SABUR HOMICIDE SECTION I.D. # 6596**



Q: Did you make Detectives Scott Bey and Harriston aware of the cop's relationship with Lee Evans?
A: No.
Q: Why.
A: They knew he was involved with that poolroom and they knew that the cop owned it and they knew that Lee Evans was friends with Ron.

Q: Can you tell me if Bey and Harriston questioned this cop as to your brother and his friends frequenting this poolroom?
A: I don't know.
Q: Do you recall the name of the poolroom?
A: I don't remember the name of it but they use to give the kids membership cards. I remember Bey and Harriston finding membership cards of this poolroom in the rooms of each of the boys.

Q: Did you ever had the occasion to see Evans at this poolroom?
A: All the time, he would either be in there with the cop Ron or be himself watching the place.
Q: How long after the disappearance of your brother and his friends did this poolroom stay in business?
A: About six (6) months after they disappeared the poolroom closed down and the cop Ron started working at this store across the street called T&T Grocery Store.

Q: Who owned this store?
A: A guy named Kenney.
Q: Was this person Kenney also friends with Lee Evans?
A: I don't think so but he was friends with the cop.
Q: Did this cop Ron know your brother and the other missing boys?
A: I guess so, they all had membership for his poolroom.
Q: Mr. Taylor you told me that the night prior to your brother disappearance a person by the name of Bob Cutler arrived at your home at or around 11:P.M. or 11:30 P.M. with Lee Evans, Randy Johnson, Michael McDowell and Alvin Turner. Is this correct?
A: Yes.
Q: Is there any doubt in your mind as to this?
A: No doubt, Bob would some times stay at my house, Randy too. He would also some times stay at Darryl Green's house, he lived across the street from me. In fact he night they was leaving my house as I was pulling off I heard Darryl Green yelling to my brother and them not to go or something like that.
Q: Did you questioned Mr. Green as to his reason for not wanting our brother and his other friends to leave with Evans?
A: Yeah but his mother wouldn't let him say nothing

WORN TO AND SUBSCRIBED BEFORE ME THIS

16 DAY OF February 19 99

Sgt. [signature]

Rogers S Taylor
SIGNATURE

**POLICE DEPARTMENT** **STATEMENT FORM** **NEWARK, N.J.**

| DATE: | CENTRAL ARREST NO: | CENTRAL COMPLAINT NO: |
|---|---|---|
| February 16, 1999 | | 50041-78 |

**VOLUNTARY STATEMENT OF:**
Rogers Taylor B/M/DOB# 6-19-57/ SS# 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

**RESIDENCE:**
17 Leslie Street Nwk. N.J. 07108/ (House) PH# 973-399-8068

| OCCUPATION: | AGE: |
|---|---|
| Construction/ USA APEX Construction Co. Buford South Carolina | 42 |

**STATEMENT MADE TO:**
**DETECTIVE RASHID SABUR HOMICIDE SECTION I.D. # 6596**

**PAGE # 9.**

Q: Mr. Taylor would you be willing to take a polygraph test as to the truthfulness of this statement?
A: Yes I don't have a problem with that.
Q: When this statement is completed would you read it in it's entirety and make any corrections where needed?
A: Yeah.
Q: Is there anything else you wish to add to this statement?
A: No but if I can think of anything else I'll contact you
Q: Do you swear or affirm that this statement is the truth?
A: Yes.

STATEMENT ENDED AT 1350 HOURS

**WORN TO AND SUBSCRIBED BEFORE ME THIS**

16 **DAY OF** February **19** 99 [signature]

[signature] **SIGNATURE**