# EXHIBIT I

Jennifer Bonjean
Ashley Cohen
Bonjean Law Group, PLLC
467 Saint Johns Place
Brooklyn, New York 11238
Tel: 718-875-1850
Fax: 718-230-0582
Jennifer@bonjeanlaw.com
Ashley@bonjeanlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

LEE EVANS, )
)
Plaintiff, ) Civil Action No.: 2:14-cv-00120
)
)
v. )
)
)
NEWARK, ET AL. )
)
Defendants. )

**AFFIDAVIT OF PHILANDER HAMPTON**

I, PHILANDER HAMPTON, under oath and penalty of perjury, depose and swear to the following:

1. I am 63 years old and currently live in Newark, NJ

2. On August 20, 1978, I was 21 years old and lived at 271 Hunterdon in Newark.

3. Prior to that date I lived at 256 Camden St. The back of the building was on Bergen St.

4. In early 1999, I was interviewed by Newark police detectives about the five missing boys who disappeared from Newark in 1978. I agreed to be interviewed at the Newark Police Department.

5. I told the detectives that I knew nothing about the disappearance of the boys. They kept questioning me about my cousin Lee Evans and seemed to want me to say he was involved in the disappearances of the boys. I told the detectives that I had no information or knowledge about what happened to the boys and had no knowledge that my cousin Lee was involved in any way.

6. In and around November 11, 2008, I was arrested on an outstanding traffic warrant and was being held at the Essex County Jail.

7. During the early afternoon of November 12, 2008, I was transported to the Essex County Prosecutor's office. I was not told why I was being brought to the prosecutor's office or told that I did not have to go. Had I known that I was being brought to the prosecutor's office to be interviewed about the missing boys, I would not have consented because I had already told detectives everything I knew.

8. When I arrived at the prosecutor's office, I was met by two Essex County investigators, Lt. Louis Carrega and Jack Eutsey. They did not tell me I was under no obligation to answer their questions.

9. Lt. Carrega told me they already knew what happened to the boys because my cousin Maurice Olds had told them what happened. They told me they knew that Lee had killed the boys and they knew I was also present. They told me they knew Lee had killed the boys because the boys had stole marijuana from him. They also told me that they knew I had helped Lee by bringing the boys to my apartment on Camden St. and that the boys died in a fire.

10. I told them that I had no idea why Maurice would have told them that because it was not true. I repeated that I knew nothing about the boys disappearance and had no knowledge that the boys died in a fire on Camden street.

11. At some point, Newark police detectives came into the interview room. One of the detectives was Joseph Hadley who is a Black detective. There was another White police officer present too who was a state trooper named Tietjen. Lt. Carrega did most of the questioning but occasionally one of the other detectives would question me too.

12. The questioning went on for a period of time and I told the detectives that I did not have knowledge about the boys disappearance and could not assist their investigation. They continued to say they already knew what happened and that Lee and I had brought the boys to the Camden apartment and that the boys died in a fire there, but they wanted me to tell them from my own mouth what happened. I told them again that I did not know what happened. I was asked whether I would take a lie detector test. I agreed because I wanted to prove that I was telling the truth so I could leave. But after the polygraph, I was told I failed it.

13. Carrega started getting more aggressive with me after he told me I had failed the polygraph. I was very nervous and scared when Carrega told me I failed the test. Carrega told me he was getting tired of me denying what happened and that he already had enough evidence to convict me and send me to prison for life. He said that he knew that Lee was the mastermind

behind the boys' murders but if I did not "cooperate" with them, I was going to get charged. Carrega told me that if I told them Lee did it, I would not be charged.

14. I told Carrega and the other detectives including Hadley and Tietjen that I didn't know what happened to the boys and had no knowledge that Lee was involved. Carrega and the other detectives kept telling me that I had to help myself and that if I didn't implicate Lee then I would be charged since they already had Maurice's testimony.

15. The questioning went on for many hours. I was scared and exhausted and it was clear that they were not going to let me go until I told them something about Lee. Eventually I agreed to do repeat the story they wanted me to say about Lee even though it wasn't true, because I did not want to get charged with the boys' murders and I wanted to get out of police custody. Carrega had told me numerous times his idea about how the boys died and I knew he wanted me to repeat the story. I did not tell Carrega the story about the boys dying in a fire; he told me the story. I told him I would say what he wanted me to say but that it was a lie.

16. After I agreed to repeat the false story, I was transported to another police station in a car driven by Carrega. On the way to the other police station, Carrega went through the story that he wanted me to say on video. He told me what he was going to ask me and then coached me about how I should respond.

17. Carrega made it clear that he wanted me to repeat the following statements in my own words: (1) Lee wanted to kill the boys because they stole his marijuana; (2) Lee and Maurice Olds got a couple of the boys and brought them to my apartment on Camden St. and that they picked me up on the way; (3) Lee gave me a gun to watch the boys and then he left and came back with the other boys and placed them all in a closet that he nailed shut; (4) Lee had a can of gasoline that he poured around the apartment; and (5) I gave him a match that he ignited the gasoline with and that the building burned.

18. On the way to the police station, Carrega told me he wanted to stop at the Camden street address where I used to live. He drove us to that location and we got out of the car. Detective Hadley and another Newark detective, and state trooper Tietjen arrived at the Camden address. They asked me questions about what the building looked like, what floor my apartment was on, the location of the front and back doors, and how someone would enter and leave the building. As they asked me those questions, they were telling me the story they wanted me to repeat about Lee bringing the boys to the apartment and starting the fire.

19. We then drove to the police station. It was late and dark outside by this point. Carrega continued to coach me until we arrived. Once we arrived at the police station, I was put on video and repeated the false story Carrega and the other detectives fed to me. I was then returned to Essex County Jail and released from custody. I was not charged.

20. About a year and a half later, I was indicted for the boys' murders along with Lee Evans. To the extent Carrega, Hadley, or Tietjen testified that I voluntarily told them that Lee Evans murdered the boys by starting a fire at the building on Camden street or any of the statements identified above in paragraph 17, their testimony is false. As stated above, I repeated

the false narrative fed to me by Carrega, Hadley, and Tietjen because they threatened to charge me with the murder and promised me that I would not be charged at all if I cooperated with their plan to charge Lee Evans. I told them repeatedly that I could not repeat what they wanted me to say because it was not true, but eventually I gave in to their demands.

21. The prosecution later worked out a deal with me that if I testified against Lee consistent with my video-statement I would get only 10 years and be eligible for parole in 2 years. The prosecution promised to support my parole after 2 years and financially support me upon my release. ~~I was already in prison on a robbery charge so basically I was not going to do any additional time.~~

22. I did not want to testify consistent with my video-recorded statement because the statement was false but I did testify for the prosecution at Lee's trial and again repeated the false statements that were fed to me by Carrega, Hadley, and Tietjen. Specifically, I testified to the statements identified above in paragraph 17 at the insistence of the defendants in this case. Those statements were false. I knew that if I did not go along with the story, I would lose my deal and possibly spend the rest of my life in prison.

23. I am giving this affidavit freely and voluntarily.

PHILANDER HAMPTON

DATE: 10/27/2020

Subscribed and Sworn to Before Me
On this 27 Day of October 2020

Notary Public

YANIRA GUZMAN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 4/1/2021