# Newark

**Ras J. Baraka**
Mayor

---

**Department of Law**

920 Broad Street
Room 316
Newark NJ 07102
973-733-3880 Main
973 733-5394 Fax

**Kenyatta Stewart**
Corporation Counsel

Gary S. Lipshutz
First Assistant Corporation Counsel
Direct Dial (973) 733-5945
lipshutzg@ci.newark.nj.us

February 5, 2023

<u>Via ECF</u>
Hon. Kevin McNulty, U.S.D.J.
United States District Court
District of New Jersey
US Post Office and Court House
Newark, New Jersey 07102

   Re: <u>Lee Evans v. City of Newark et al.</u>
     CIVIL ACTION NO. 14-cv-120 (KM-MAH)

## REQUEST FOR ORAL ARGUMENT

Dear Judge McNulty:

  We are requesting oral argument on the pending motions for summary judgment. First, this case concerns an infamous crime of great concern to the citizens of Newark. Second, while we understand that oral argument is discretionary, we would like to use this opportunity as a teachable moment for the many younger attorneys in the City's Law Department to observe, as most have never even been to federal court let alone have any interaction with our District Court Judges or participated in oral argument. Oral argument is an important part of the practice of law and one that, in our experience, and regrettably, does not have the same emphasis as in years past.

  We understand that the Court is busy but, under the circumstances, we thank you for your consideration of this request.

       Respectfully,

       Kenyatta Stewart
       Corporation Counsel

       By: /s/ Gary S. Lipshutz
        Gary S. Lipshutz
        First Assistant Corporation Counsel

/GSL