# EXHIBIT A

**Subject:** Re: Evans v. Hadley, et al., 14-cv-120 - Pretrial Order
**Date:** Wednesday, August 26, 2026 at 9:39:24 PM Eastern Daylight Time
**From:** Josh Morrison
**To:** Austin Grainey, Christopher K. Harriott, Edward J. Florio, Nita Raval, Emily Boodoo, Marilyn Capumpue, JAMES A. KASSIS, cdevanny@kentmcbride.com, dmcbride@kentmcbride.com, glipshutz@litedepalma.com, jae.shim@law.njoag.gov, patrick.misale@law.njoag.gov
**CC:** Jennifer Bonjean, Gabriella Orozco, Haley Boyle, Ana Rodriguez, Andrea Delia

Austin,

Plaintiff is prepared to complete the PTO by Monday. The pretrial conference is currently scheduled for October 8, and under no circumstances will Plaintiff consent to moving that date or take any action that could jeopardize the October 8 pretrial conference.

We are looking forward to finally getting this case before a jury and obtaining a resolution. There has already been substantial delay in this matter, as the case number itself makes clear. Our client has been waiting an absurd amount of time for his day in court. We will object to any unnecessary extensions.

I also do not fully understand the need to "pare down" this case. The case has already been pared down substantially by both the District Court and the Third Circuit, which makes completing the PTO relatively straightforward for us all. Moreover, the current PTO deadline has been in place since June 24, and this is the first time we are hearing of Defendants' request to extend it.

We certainly understand that counsel may have scheduling and staffing issues - we are dealing with those issues as well - but those circumstances do not provide a basis for missing a two-month established PTO deadline. Nor does the possibility of another substitution of counsel for Defendant Tietjen justify further delay at this stage.

That said, Plaintiff is willing to agree to a seven-day extension, through September 7, 2026, to file the PTO, provided that any request to the Court expressly states that the parties are not seeking any adjournment of the October 8 pretrial conference. Seven days is the absolute max Plaintiff can agree to. Plaintiff objects to any alternative request or proposal and will proceed with filing the PTO Monday with or without defendants input.

If seven-days is acceptable, let me know and please send over a draft joint letter motion as soon as possible so that Plaintiff can review and provide any necessary input prior to filing.

Thanks, and note, I've updated Defendant Hadley litigation team emails in my service list. If I'm missing anyone else from the defense side, again, let me know,

**Joshua L. Morrison, Esq.**
Bonjean Law Group, PLLC
233 Broadway, Suite 707
New York, New York 10279
Tel: 312.206.8185
Fax: 718.230.0582

Email: josh@bonjeanlaw.com

**Chicago Office:**
Bonjean Law Group, PLLC
53 W. Jackson Blvd., Ste. 315
Chicago, Illinois 60604

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Austin Grainey <AGrainey@fkrlaw.com>
**Date:** Wednesday, August 26, 2026 at 4:10 PM
**To:** Josh Morrison <Josh@bonjeanlaw.com>
**Cc:** Christopher K. Harriott <charriott@fkrlaw.com>; Edward J. Florio <eflorio@fkrlaw.com>; Nita Raval <nraval@fkrlaw.com>; Emily Boodoo <EBoodoo@fkrlaw.com>; Marilyn Capumpue <mcapumpue@fkrlaw.com>; JAMES A. KASSIS <jak@spsk.com>; cdevanny@kentmcbride.com <cdevanny@kentmcbride.com>; dmcbride@kentmcbride.com <dmcbride@kentmcbride.com>; Jennifer Bonjean <jennifer@bonjeanlaw.com>; Gabriella Orozco <Gabriella@bonjeanlaw.com>; Haley Boyle <Haley@bonjeanlaw.com>; Ana Rodriguez <ana@bonjeanlaw.com>; Andrea Delia <Andrea@bonjeanlaw.com>
**Subject:** RE: Evans v. Hadley, et al., 14-cv-120 - Pretrial Order

Josh,

Apologies for the delayed response, Ed Florio has been out of office and we are just seeing these emails today. I've added the litigation team for Defendant Joseph Hadley from my office to this thread.

Would you consent to a request that the Court grant an extension on submission of the proposed pre-trial order? At the moment, each of the Defense firms is short-handed and in the interest of being thorough and paring down this case, we have not had the opportunity to fully vet and touch base on our respective submissions. I believe Counsel for Defendant Tietjen will be filing a substitution of attorney shortly as well. Please let me know your thoughts.

Thank you,
**AUSTIN J. GRAINEY, ESQ.**

ASSOCIATE ATTORNEY
FLORIO◆KENNY◆RAVAL, LLP
ATTORNEYS AT LAW
125 CHUBB AVENUE
SUITE 310 – N
LYNDHURST, NEW JERSEY 07071

Email: AGRAINEY@FKRLAW.COM
Phone: 201-659-8011 fax: 201-659-8511

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication represents the originator's personal views and opinions, which do not necessarily reflect those of FLORIO KENNY RAVAL L.L.P. If you are not the original recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error, and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you received this e-mail in error, please immediately notify Main@fkrlaw.com

TAX RELATED DISCLAIMER: Any federal tax advice contained in this communication was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein. The foregoing disclaimer has been provided in accordance with U.S. Treasury regulations governing tax practice.

---

**From:** Josh Morrison <Josh@bonjeanlaw.com>
**Sent:** Tuesday, 25 August 2026 19:34:26
**To:** cdevanny@kentmcbride.com <cdevanny@kentmcbride.com>; dmcbride@kentmcbride.com <dmcbride@kentmcbride.com>; Edward J. Florio <eflorio@fkrlaw.com>; glipshutz@litedepalma.com <glipshutz@litedepalma.com>; jae.shim@law.njoag.gov <jae.shim@law.njoag.gov>; jak@spsk.com <jak@spsk.com>; jmb@spsk.com <jmb@spsk.com>; joseph.Sams@lae.njoag.gov <joseph.Sams@lae.njoag.gov>; Main <main@fkrlaw.com>; patrick.misale@law.njoag.gov <patrick.misale@law.njoag.gov>
**Cc:** Jennifer Bonjean <jennifer@bonjeanlaw.com>; Gabriella Orozco <Gabriella@bonjeanlaw.com>; Haley Boyle <Haley@bonjeanlaw.com>; Ana Rodriguez <ana@bonjeanlaw.com>; Andrea Delia <Andrea@bonjeanlaw.com>
**Subject:** Re: Evans v. Hadley, et al., 14-cv-120 - Pretrial Order

Counsel:

Following up on the below. I haven’t heard any confirmation or concerns back from anyone on defense side, so I assume we are all on the same page about Thursday exchange of the PTO information.

Thanks.

**Joshua L. Morrison, Esq.**
Bonjean Law Group, PLLC
233 Broadway, Suite 707
New York, New York 10279

Tel: 312.206.8185
Fax: 718.230.0582
Email: josh@bonjeanlaw.com

**Chicago Office:**
Bonjean Law Group, PLLC
53 W. Jackson Blvd., Ste. 315
Chicago, Illinois 60604

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Josh Morrison <Josh@bonjeanlaw.com>
**Date:** Monday, August 24, 2026 at 10:17 AM
**To:** dmcbride@kentmcbride.com <dmcbride@kentmcbride.com>; dryan@kentmcbride.com <dryan@kentmcbride.com>; Edward Florio <eflorio@fkrlaw.com>; glipshutz@litedepalma.com <glipshutz@litedepalma.com>; jae.shim@law.njoag.gov <jae.shim@law.njoag.gov>; jak@spsk.com <jak@spsk.com>; jmb@spsk.com <jmb@spsk.com>; joseph.Sams@lae.njoag.gov <joseph.Sams@lae.njoag.gov>; jshea@kentmcbride.com <jshea@kentmcbride.com>; main@fkrlaw.com <main@fkrlaw.com>; patrick.misale@law.njoag.gov <patrick.misale@law.njoag.gov>
**Cc:** Jennifer Bonjean <jennifer@bonjeanlaw.com>; Gabriella Orozco <Gabriella@bonjeanlaw.com>; Haley Boyle <Haley@bonjeanlaw.com>; Ana Rodriguez <ana@bonjeanlaw.com>; Andrea Delia <Andrea@bonjeanlaw.com>
**Subject:** Evans v. Hadley, et al., 14-cv-120 - Pretrial Order

Good morning Counsel,

As the Proposed Final Pretrial Order is due on Monday, August 31, 2026, Dkt. 289, we would like to exchange the parties witness lists, exhibit lists by **EOD Thursday, August 27**, so that each side can insert their objections and send back to each other on Friday.

If Defendants' could also send to us on Thursday their following sections from the PTO so we can incorporate in the final draft over the weekend:

- Defendants' **legal issues** for trial;

- **Proposed Stipulations** (for both trial procedure section and stipulation of facts section)
- Any **deposition testimony** Defendants intend to offer at trial, including page-and-line designations and any counter-designations, if applicable (Plaintiff will likely only proceed via witnesses);

After the Friday exchange, Plaintiff will then circulate the finalized draft to Defendants over the weekend for review, approval, and signature so that we are ready to file by Monday's deadline.

This is all very straightforward PTO, and we should have no problem getting this completed and filed next Monday. This schedule will allow everyone time to review and include any objections and give us sufficient time to put the complete Final Pretrial Order together.

Please confirm that Defendants can get the above materials to us by EOD Thursday. Let me know if you would like to discuss further.

Thank you.

Also, please let me know if I have inadvertently left anyone off this email from Defendant Hadley, Defendant Carrega, or Defendant Tietjen's team that should be included.

Best,

**Joshua L. Morrison, Esq.**
Bonjean Law Group, PLLC
233 Broadway, Suite 707
New York, New York 10279
Tel: 312.206.8185
Fax: 718.230.0582
Email: josh@bonjeanlaw.com

**Chicago Office:**
Bonjean Law Group, PLLC
53 W. Jackson Blvd., Ste. 315
Chicago, Illinois 60604

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.